## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: April 9, 2007 |
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Elizabeth Oppenheimer | |

Criminal Action No. 05-cr-00141-MSK

*Parties*:                                         *Counsel*:

UNITED STATES OF AMERICA,          Jaime Pena
                                                          Gregory Rhodes

        Plaintiff,

v.

5. DENISE GUTIERREZ,                    Thomas Mulvahill

        Defendant.

## SENTENCING MINUTES

**11:38 a.m.      Court in session**.

Defendant present in custody.

**Change of Plea Hearing on February 6, 2006.  Defendant pled guilty to Count 3 of the First  Superseding Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties do not dispute the facts contained in the presentence report.

The parties do not dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government requests downward departure (Doc. #1196). Defendant requests downward departure (Doc. #830). Argument by Mr. Pena and Mr. Mulvahill.

The parties do not contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The Government, the defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**     Defendant's Motion for Departure **(Doc. #830)** is **DENIED.**

Government's Motion for Downward Departure **(Doc. #1196)** is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of her right to appeal.

**ORDER:**     Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**12:14 p.m.    Court in recess.**

Total Time:    36 minutes
Hearing concluded.