UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. **DENISE GUTIERREZ,**
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

    Defendants.

## ORDER TO RESPOND

THIS MATTER comes before the Court on a motion by Defendant Denise Gutierrez pursuant to 18 U.S.C. § 3582(c)(2) **(#1433)**.

**IT IS ORDERED** that the Government shall respond to such motion by **January 9, 2008**, and shall address in its response whether the Sentencing Guidelines have been amended

and how long of a hearing need be set for resentencing.

Dated this 27th day of December, 2007

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge